

**21AU-CC00015 - RYVETTE L BROWN V MISSOURI MILITARY ACADEMY (E-CASE)**

**Click here to eFile on Case**
Click here to Respond to Selected Documents

Sort Date Entries:  ● Descending  ○ Ascending

Display Options: All Entries

---

**04/20/2021** ☐ **Summons Personally Served**
Document ID - 21-SMCC-137; Served To - MISSOURI MILITARY ACADEMY; Server - ; Served Date - 16-APR-21; Served Time - 15:48:00; Service Type - Sheriff Department; Reason Description - Served

**04/15/2021** ☐ **Summons Issued-Circuit**
Document ID: 21-SMCC-137, for MISSOURI MILITARY ACADEMY.// SUMMONS PACKET HANDED TO AUDRAIN COUNTY SHERIFF FOR SERVICE.

☐ **Confid Filing Info Sheet Filed**

☐ **Pet Filed in Circuit Ct**

**04/12/2021** ☐ Judge Assigned

---

Case.net Version 5.14.17.6       Return to Top of Page       Released 04/13/2021



Exhibit 1

# In the Circuit Court of Audrain County, Missouri

Ryvette L. Brown  
**Petitioner/Plaintiff**  
Vs

Case Number: 21AU-CC00015

Missouri Military Academy (MMA)  
**Respondent/Defendant**

## Complaint

Now comes the Plaintiff and will show unto this Honorable Court the following in support of its complaint:

1. The Plaintiff resides in Florissant, Missouri;

2. The Defendant is a company chartered in and registered to do business in the State of Missouri;

3. The Plaintiff was an employee of the Defendant in Mexico, Missouri;

4. This action is brought under section 213.111.1, RSMo;

5. This action is brought under Federal question jurisdiction 28 USCS 1311;

6. This action is also brought under 29 USCS Section 2601, the Family Leave Act, 42 USCS Section 12101 et. Seq., the Americans with Disability Act, 42 USCS section 2000e-2, et. Seq., Title VII of the Civil Rights Act of 1964 and the 14th Amendment to the United States Constitution.

7. I began working for the Respondent in August 2019. I was hired on as the Math Department Chair. During my time there, I was racially harassed on more than one occasion. I was the only African American teacher at the school. The Accreditation Board had instructed MMA to hire more minorities and to use reliable curriculum. This was the only reason why I was hired to fill those requirements. Mike Harding asked me to instruct the Caucasian math teachers on how to teach to the standards.

    While employed at MMA, I was called a nigger, I was called colored, a Caucasian waiter did not remove my plate from the dinner table, cadets yelled out nigger at the lunch table, and African American cadets informed me that Caucasian cadets were members of the KKK. I reported every incident which led to a hostile working environment and retaliation. As mentioned above, Mike Harding asked me to show the Caucasian math teachers how to teach to the standards. The Caucasians did not want to do the extra and

significant work, so Mike Harding pretended as if he never said it. This led to vicious attacks from the Caucasian Cheryl Emminger.

If you lived on campus, you had to do extra duties. I was given more extra duty time than the Caucasian workers living on campus. When I reported that the assignments were changed for the Caucasian workers and not for me, Mike Harding did nothing. The person in charge said he gave me the worst schedule because I did not come to a meeting that he requested by email at 12:00 pm the same day. The next semester, I did attend the meeting, the Caucasian in charge of scheduling gave me more duty for the 2nd time.

As stated above, I started in August 2019. A Caucasian male started in January 2020 and a Caucasian part-time female started in November 2019. Both Caucasians were given full time employment when I was discharged because of low future enrollment. When I asked Mike Harding and Amy Groves why was I being let go and not the part-time teacher, Mike Harding continually said low enrollment.

8. The Plaintiff has been damaged as follows:
   - Unemployed over the summer
   - Stress of looking for another job
   - PTSD
   - Rent, utilities, food to sleep in another state
   - Pain and suffering
   - Emotional distress
   - Embarrassment
   - Humiliation
   - Deprivation of my civil rights
   - Car maintenance
   - Car depreciation
   - Health insurance over the summer
   - Defamation of character
   - Slander

WHEREFORE, the Plaintiff prays that the proper process is to the Defendant and that upon a hearing upon this Court grant a judgement for the Plaintiff and against the Defendant for all actual, special, compensatory, and punitive damages, to which this Honorable Court deems the Plaintiff to be entitled, and for attorney fees, interest, court costs, and all further relief under the applicable statues mentioned above to which this Honorable Court deems the Plaintiff to be entitled.

The Plaintiff further prays for all such other and further relief which this Court may grant and which this Court feels the Plaintiff to be entitled.

Respectfully submitted,

Ryvette Brown

SIGNED BY _____
Ryvette Brown

State of Missouri

County of Audrain

Subscribed and sworn to before me this 12th day of April in the year 2021.

HEATHER LIERHEIMER
Notary Public - Notary Seal
STATE OF MISSOURI
Audrain County
Commission # 14829277
My Commission Expires: 09-12-2022

_____
Notary Public

# MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
## MISSOURI COMMISSION ON HUMAN RIGHTS

| MICHAEL L. PARSON | ANNA S. HUI | MARTHA STAGGS | ALISA WARREN, PH.D. |
|---|---|---|---|
| GOVERNOR | DEPARTMENT DIRECTOR | COMMISSION CHAIR | EXECUTIVE DIRECTOR |

Ryvette Brown
1695 Florissant Drive
Florissant, MO 63031
*Via Email*

RE: Ryvette Brown vs. MISSOURI MILITARY ACADEMY (MMA)
E-04/20-52116  28E-2020-00745C

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

This letter indicates your right to bring a civil action within 90 days of the date of this notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred, but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery. Upon issuance of this notice, the MCHR is terminating all proceedings relating to the complaint. No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act. You are hereby notified of your right to sue the Respondent(s) named in your compliant in state circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST.**

You are also notified that the Executive Director is hereby administratively closing this case and terminating all MCHR proceedings relating to it. This notice of right to sue has no effect on the suit-filing period of any federal claims. This notice of right to sue is being issued as required by Section 213.111.1, RSMo, because it has been over 180 days after the filing of the complaint and MCHR has not completed its administrative processing.

Respectfully,

Alisa Warren, Ph.D.
Executive Director

January 12, 2021
Date

C: additional contacts listed on next page

☒ JEFFERSON CITY OFFICE
421 E. DUNKLIN STREET
P.O. BOX 1129
JEFFERSON CITY, MO 65102-1129
PHONE: 573-751-3325
FAX: 573-751-2905

☐ ST. LOUIS OFFICE
111 N. 7TH STREET, SUITE 903
ST. LOUIS, MO 63101-2100
PHONE: 314-340-7590
FAX: 314-340-7238

☐ KANSAS CITY OFFICE
P.O. BOX 1129
JEFFERSON CITY, 65102-1129
FAX: 816-889-3582

☐ SIKESTON OFFICE
106 ARTHUR STREET, SUITE D
SIKESTON, MO 63801-5454
FAX: 573-472-5321

*Missouri Commission on Human Rights is an equal opportunity employer/program. Auxiliary aides and services are available upon request to individuals with disabilities.*
TDD/TTY: 1-800-735-2966 (TDD)   Relay Missouri: 711
www.labor.mo.gov/mohumanrights   E-Mail: mchr@labor.mo.gov

RE:   Ryvette Brown vs. MISSOURI MILITARY ACADEMY (MMA)
      E-04/20-52116  28E-2020-00745C

MISSOURI MILITARY ACADEMY (MMA)
204 N. Grand Avenue
Mexico, MO 65265
*Via Respondent Contact Email*

Sara E. Mullen
LEWIS RICE, LLC
600 Washington Avenue, Suite 2500
Saint Louis, MO 63101
*Via Email*


Case: 2:21-cv-00037-HEA   Doc. #: 1-1   Filed: 05/13/21   Page: 7 of 9 PageID #: 11



# IN THE 12TH JUDICIAL CIRCUIT, AUDRAIN COUNTY, MISSOURI

| Judge or Division:<br>JASON H LAMB | Case Number: 21AU-CC00015 |
|---|---|
| Plaintiff/Petitioner:<br>RYVETTE LAJEAN BROWN<br>vs. | Plaintiff's/Petitioner's Attorney/Address |
| Defendant/Respondent:<br>MISSOURI MILITARY ACADEMY | Court Address:<br>AUDRAIN COUNTY COURTHOUSE<br>101 N JEFFERSON<br>MEXICO, MO  65265 |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: MISSOURI MILITARY ACADEMY
Alias:
204 N GRAND STREET
MEXICO, MO  65265

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____4/12/2021_____  _____
Date                                                  Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____          _____
                                         Date                                   Notary Public

**Sheriff's Fees, if applicable**
Summons                                          $_____
Non Est                                              $_____
Sheriff's Deputy Salary
Supplemental Surcharge          $     10.00
Mileage                                             $_____  (_____ miles @ $_____ per mile)
Total                                                 $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Case: 2:21-cv-00037-HEA   Doc. #: 1-1   Filed: 05/13/21   Page: 8 of 9 PageID #: 12



# IN THE 12TH JUDICIAL CIRCUIT, AUDRAIN COUNTY, MISSOURI

**RECEIVED APR 15 2021**

| | |
|---|---|
| Judge or Division: JASON H LAMB | Case Number: 21AU-CC00015 |
| Plaintiff/Petitioner: RYVETTE LAJEAN BROWN | Plaintiff's/Petitioner's Attorney/Address |
| vs. | **FILED APR 20 2021 AUDRAIN CO. CIRCUIT COURT MEXICO, MO** (Date File Stamp) |
| Defendant/Respondent: MISSOURI MILITARY ACADEMY | Court Address: AUDRAIN COUNTY COURTHOUSE 101 N JEFFERSON MEXICO, MO 65265 |
| Nature of Suit: CC Employmnt Discrmntn 213.111 | |

## Summons in Civil Case

The State of Missouri to: **MISSOURI MILITARY ACADEMY**
Alias:
**204 N GRAND STREET**
**MEXICO, MO 65265**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_4/12/2021_   _[signature]_
Date                Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)

☑ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____

Served at _204 N. Grand Mexico_ (address)
in _Audrain_ (County/City of St. Louis), MO, on _4-16-21_ (date) at _1548_ (time).

_M. W. Oller_     _E/zm 871_ [signature]
Printed Name of Sheriff or Server        Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).

(Seal)

My commission expires: _____   _____
                       Date         Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $ 20.00 |
| Non Est | $ |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 |
| Mileage | $ 5.00 ( ___ miles @ $ ___ per mile) |
| Total | $ 35.00 |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 21-SMCC-137   1 of 1   Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

004596

# SHERIFF'S OFFICE – CIVIL
## MEXICO, MISSOURI – AUDRAIN COUNTY

Date 4/15, 2021

RECEIVED OF Ryvette Brown

Thirty-five + 00/100 $ 35.00 Dollars

Case No. 21AU-CC00015

vs. Brown vs. Mo Military Academy

_____, Plaintiff
_____, Defendant

REMARKS: Mo

M.W. Ousy, Sheriff, Audrain County, Mo.

By _____, Deputy.